**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jasmine Sims,

Plaintiff(s),

v.

Danville Services of Nevada, LLC,

Defendant(s).

Case No. 2:26-cv-01700-APG-NJK

**Report and Recommendation**

Plaintiff initiated this case and filed an application to proceed *in forma pauperis*. Docket No. 1. On June 8, 2026, the Court denied that application without prejudice, ordering Plaintiff to either pay the filing fee or renew her request for pauper status using the long-form application. Docket No. 4 at 2. The deadline for compliance was set at June 22, 2026. *See id.* Plaintiff violated that order. On June 29, 2026, the Court ordered Plaintiff to show cause why the case should not be dismissed or, alternatively, again instructed that Plaintiff may pay the filing fee or renew her request for pauper status using the long-form application. Docket No. 5 at 1. The deadline for compliance was set for July 13, 2026. *Id.* The Court warned that "**[f]ailure to comply with this order may result in dismissal**." *Id.* (emphasis in original). Notwithstanding that warning, Plaintiff did not did not respond to the order to show cause and did not pay the filing fee or renew her request for pauper status.

This case cannot proceed without Plaintiff either paying the filing fee or filing a motion to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914(a); *see also* 28 U.S.C. § 1915(a). Having refused to do either in this case, Plaintiff's complaint is subject to dismissal. *E.g.*, *Desai v. Biden*, 2021 WL 38169, at *1 (E.D. Cal. Jan. 5, 2021), *adopted*, 2021 WL 276236 (E.D. Cal. Jan. 27, 2021).

Moreover, Plaintiff's refusal to comply with the Court's orders is an abusive litigation practice that has interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice. Sanctions less drastic than dismissal are unavailable because Plaintiff has refused to comply with the Court's orders notwithstanding the warning that case-dispositive sanctions may be imposed.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: July 16, 2026

Nancy J. Koppe
United States Magistrate Judge

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).