**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jasmine Sims,<br>Plaintiff(s),<br>v.<br>Danville Services of Nevada, LLC,<br>Defendant(s). | Case No. 2:26-cv-01700-APG-NJK<br>**Order** |

On July 16, 2026, the undersigned recommended that this case be dismissed based on Plaintiff's failure to comply with the Court's orders related to applying to proceed *in forma pauperis* or paying the filing fee. Docket No. 6. Plaintiff has now paid the filing fee. Docket No. 9. In light of Plaintiff's belated compliance, the Court **WITHDRAWS** the pending report and recommendation. Nonetheless, the Court **WARNS** Plaintiff that she must comply strictly with all governing rules and orders moving forward.

In light of the above, the Clerk's Office is **INSTRUCTED** to file the complaint on the docket (Docket No. 1-1). Plaintiff must effectuate service within 90 days of this order. *See* Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated: July 30, 2026

Nancy J. Koppe
United States Magistrate Judge